

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00368-CV

**IN THE INTEREST OF B.J.B.**, et al., Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-311-CCL
Honorable Michael P. Peden, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant Crystal Caldwell-Bays.

SIGNED December 12, 2018.

_____
Rebeca C. Martinez, Justice